**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| In re | Connolly Geaney Ablitt & Willard PC | Chapter: 7 |
| | | Case No: 14–14164 |
| | Debtor | Judge Joan N. Feeney |

## ORDER REGARDING ELECTRONICALLY FILED DOCUMENT

A Corrective Entry has been made by the Court to document number **1** which was filed by you on **SEPTEMBER 3, 2014** in the above referenced case. Expedited action is required to address this problem.

You are hereby **ORDERED** to file the required document(s) listed below within two (2) business days of the date of this order.

☐ **Document has the wrong PDF image, is out of order, incorrectly oriented (landscape), and/or is unreadable.** Please re–file electronically with the correct and readable PDF using the original event.

☐ **Document is titled incorrectly.** Please re–file electronically with the correct title.

☐ **Document Docketed using wrong event.** Please re-file electronically using correct event.

☐ **Document is docketed in the wrong case or Caption is Incorrect.** Please check case number and re–file electronically.

☐ **Document is unsigned or information is missing.** Signatures must be present as "/s/YOUR NAME" or a scanned original signature. Please check your PDF document for signature(s) and re–file electronically.

☐ **Document(s) should have been docketed as separate documents.** Please re–docket all items electronically using the following separate docketing events.

☐ **Case association incorrect.** Please check for proper association and re–file electronically.

☐ **The amount disclosed to the Court on the docket is inconsistent with the amount reported in form B203 Disclosure of Compensation of Attorney for Debtor.** Please file an Amended Disclosure of Compensation to correct or clarify the discrepancy.

☐ **ECF filer and signature of the document do not match;** please re–file. See App. 8, Rule 8(a) of MLBR.

☑ **Other:Pioneer Title and Abstract LLC not included on the Involuntary Petition.**

**FAILURE TO COMPLY WILL RESULT IN DENIAL OR DISMISSAL WITHOUT FURTHER NOTICE.**

Date:9/4/14                                                                                           By the Court,

                                                                                                      Charlotte DiBenedetto
                                                                                                      Deputy Clerk
                                                                                                      617–748–5322