UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

IN RE:

CONNOLLY, GEANEY, ALBITT and WILLARD, PC

Case No. 14-14164

Notice of Appearance

### NOTICE OF APPEARANCE OF COUNSEL FOR CREDITOR

Now comes Attorney David W. Sacco and files this Notice in RE: **Case No. 14-14164**

The Attorney represents the following Creditor:

MYMOTIONCALENDER.COM, LLC
1001 West Cypress Creek Road
Suite 407
Fort Lauderdale, Florida 33309

Registered Agent:
Jonathan Brouder
1001 West Cypress Creek Road
Suite 407
Fort Lauderdale, Florida 33309

Respectfully Submitted,

David W. Sacco, Esquire
PO BOX 2
Bellingham, MA. 02019-0002
BBO#654241
508-532-8581
dsaccolaw@gmail.com

September 17, 2014