UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Boston)

| | |
|---|---|
| In re: | ) Chapter 7 |
| CONNOLLY GEANEY ABLITT & | ) Case No. 14-14164 |
| WILLARD PC, | ) |
| Debtor. | ) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that James M. Liston of the law firm of Hackett Feinberg P.C. hereby appear as counsel for Santander Bank, NA., request that all notices given or required to be given and all papers served or required to be served in this adversary proceeding be given to and served upon them at the addresses set forth below.

Dated: September 18, 2014        Respectfully submitted,

                                 SANTANDER BANK, N.A.
                                 By his attorneys,

                                  /s/ James M. Liston
                                 James M. Liston (BBO # 301750)
                                 jml@bostonbusinesslaw.com
                                 Hackett Feinberg P.C.
                                 155 Federal Street, 9th Floor
                                 Boston, MA  02110
                                 Tel. (617) 422-0200