**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| In re | Connolly Geaney Ablitt & Willard PC | Chapter: 7 |
| | | Case No: 14–14164 |
| | Debtor | Judge Joan N. Feeney |

**ORDER**
**REGARDING DEFICIENT FILING**

Your recent filing of **#8 Motion to Dismiss** on **SEPTEMBER 19, 2014** with the Court was deficient and/or defective as noted below:

☑ Certificate of Service **is Insufficient. No signature**

☐ Verified statement or an unsworn declaration as required by Fed. R. Bankr. P.1008 and in accordance with 28 USC § 1746.

☐ Declaration Re: Electronic Filing (Official Local Form 7) as required by MEFR 7(a)

☐ Chapter 13 Agreement Between Debtor and Counsel (Official Local Form 8) as required by MLBR App. 1, Rule 13–2 (a)(8).

☐ Reaffirmation Agreement Cover Sheet.

☐ Real Estate Worksheet.

☐ Disclosure of Compensation of Attorney for Debtor(s). (Official Form 203)

☐ Debtor(s) Schedule of Disputed Payments in Opposition to Motion for Relief from Stay – Post Petition Transaction History.

☐ Motion to Amend Plan.

☐ Motion to Approve Stipulation.

☐ Certificate of Conference.

☐ Notice of Amendment to Schedules.

☐ Motion to Amend Schedules.

☐ Amended Summary of Schedules.

☐ Adversary Proceeding Cover Sheet.

☐ Proposed Notice to the Objection to Claim MLBR 3007–1(b).

☐ ECF filer and signature on the document do not match; please refile. See App. 8, Rule 8(a) of MLBR.

☐ Missing required name, address, telephone number or BBO number. See MLBR Rule 9011–1.

☐ Missing email address of ECF registered electronic filer. See MLBR Appendix 8, Rule 8(a).

☐ Other

You are hereby **ORDERED** to file the above required documents(s) on or before **SEPTEMBER 29, 2014** .

**YOU MUST FILE THESE DOCUMENTS AT THE CLERK'S OFFICE AS INDICATED BELOW. FAILURE TO COMPLY WILL RESULT IN DENIAL OR DISMISSAL WITHOUT FURTHER NOTICE.**

- ⦿ United States Bankruptcy Court
  John. W. McCormack Post
  Office and Court House
  5 Post Office Square, Suite 1150
  Boston, MA 02109–3945

- ○ United States Bankruptcy Court
  211 Donohue Federal Building
  595 Main Street
  Worcester, MA 01608–2076

- ○ United States Bankruptcy Court
  United States Courthouse
  300 State Street, Suite 220
  Springfield, MA 01105–2925

Date:9/22/14

By the Court,

Charlotte DiBenedetto
Deputy Clerk
617–748–5322

10 – 8