UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| In re: | |
|---|---|
| **CONNOLLY GLEANEY ABLITT & WILLARD PC.** | **Chapter 7** |
| | **Case No. 14-14164 (JNF)** |
| **Debtor** | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES PURSUANT TO BANKRUPTCY RULE 2002

TO THE CLERK OF THE COURT AND ALL PARTIES:

     PLEASE TAKE NOTICE that, pursuant to Bankruptcy Rule 2002, Mackenzie L. Shea and the law firm of K&L Gates LLP, hereby enter an appearance on behalf of CitiMortgage, Inc. K&L Gates LLP, requests that notice of all papers, including but not limited to orders, reports, pleadings, motions, applications or petitions, requests, disclosure statements, answer and reply papers, and notice of all hearings or other proceedings, whether transmittal by mail, hand-delivery, telephone, telegraph, telex or otherwise, relating to any issue which may be raised in the above-captioned case be sent to:

Mackenzie L. Shea, Esq.
K&L Gates LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
mackenzie.shea@klgates.com

September 22, 2014

        Respectfully submitted,

        /s/ *Mackenzie L. Shea*
        Mackenzie L. Shea (BBO #666241)
        **K&L Gates LLP**
        State Street Financial Center
        One Lincoln Street
        Boston, MA 02111
        Telephone: (617) 261-3250
        Facsimile: (617) 261-3175
        mackenzie.shea@klgates.com