# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE: | ) ) ) | CHAPTER 7 |
| CONNOLLY GEANEY ABLITT & WILLARD, P.C. | ) ). | CASE NO. 14-14164-JNF |
| Debtor | ) ) |  |

## NOTICE OF APPEARANCE AND REQUEST
## FOR ALL ORDERS, NOTICES AND PLEADINGS

PLEASE TAKE NOTICE, that pursuant to Bankruptcy Rules of Procedure 2002 and Local Rule 9010-3(c), **ServiceLink NLS, LLC**, a creditor in the above-captioned bankruptcy proceeding, hereby requests you enter the appearance of Liam J. Vesely as its attorney, and that all orders, reports, pleadings, motions, notices and any matters which must be noticed to creditors, any creditors' committees, and any other parties in interest in accordance with Rule 2002, whether sent by the Court, the Clerk, the Debtor or any other party in the case, be sent to the undersigned at the address indicated below.

                                                                Respectfully Submitted,
                                                                ServiceLink NLS, LLC,
                                                                By its Attorney,

Dated: September 22, 2014                    /s/ *Liam J. Vesely*
                                                               Liam J. Vesely, BBO No. 549214
                                                               PIERCE ATWOOD LLP
                                                               100 Summer Street, Suite 2250
                                                               Boston, MA  02110
                                                               Ph:  (617) 488-8100
                                                               Fax: (617) 824-2020
                                                               lvesely@pierceatwood.com

                                                                *Attorney for ServiceLink NLS, LLC*

{W4499694.1}