# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Connolly Geaney Ablitt & Willard PC          **Case Number:** 14-14164          **Ch:** 7

**MOVANT/APPLICANT/PARTIES:**

#8 Motion filed by Creditor Ocwen Loan Servicing, LLC to Dismiss Case with certificate of service. (Attachments: # [1] Exhibit Exhibit A - Complaint # [2] Exhibit Exhibit B - IOLTA # [3] Exhibit Exhibit C - Annual Report # [4] Exhibit Exhibit D - Articles of Organization # [5] Exhibit Exhibit E - Certificate of Formation) (Lumsden, Dana) Order of Deficiency issued. Certificate of Service insufficient. Modified on 9/22/2014 (cpd).

**OUTCOME:**

_____Granted_____Denied_____Approved_____Sustained
_____Denied_____Denied without prejudice_____Withdrawn in open court_____Overruled
_____OSC enforced/released
_____Continued to:_____For:_____
_____Formal order/stipulation to be submitted by:_____Date due:_____
_____Findings and conclusions dictated at close of hearing incorporated by reference
_____Taken under advisement: Brief(s) due_____From_____
                              Response(s) due_____From_____
_____Fees allowed in the amount of: $_____Expenses of: $_____
_____No appearance/response by:_____
  x  _____DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

It appearing that an executed summons showing service of the involuntary petition on the alleged detor has not been filed, the Court sua sponte shortens the notice period applicable to this Motion to Dismiss and schedules a hearing on Motion to Dismiss for October 1, 2014 at 10:15 am. The movant is directed to notify all parties filing notices of appearance, the petitioning creditors and the alleged debtor of the time and place of the hearing, as well as a response deadline of September 30, 2014 at 4:00 pm.

IT IS SO NOTED:                              IT IS SO ORDERED:

_____                        _____   Dated: 09/24/2014
Courtroom Deputy                             Joan N. Feeney, U.S. Bankruptcy Judge