UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
(Eastern Division)

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 7 |
|  | ) | Case No. 14-14164 (JNF) |
| CONNOLLY GEANEY ABLITT & WILLARD PC, | ) ) |  |
|  | ) |  |
| Alleged Debtor. | ) ) |  |

**CERTIFICATE OF SERVICE**

     I, James M. Liston, hereby certify that on September 25, 2014, I served the Motion of Santander Bank, N.A. for Relief from the Automatic Stay and Request for Emergency Determination on the individuals below in the manner specified.

Through the electronic case filing system:

- Steven A. Ablitt     sablitt@brooksdecker.com
- Charles A. Dale     chad.dale@klgates.com, bobankruptcyecf@klgates.com
- Bertin C. Emmons     bemmons@sovereignbank.com
- John Fitzgerald     USTPRegion01.BO.ECF@USDOJ.GOV
- Dana C. Lumsden     dlumsden@babc.com
- David W. Sacco     dsaccolaw@gmail.com
- Mackenzie Shea     mackenzie.shea@klgates.com, bobankruptcyecf@klgates.com
- Liam J. Vesely     lvesely@pierceatwood.com, lhawe@pierceatwood.com

By First Class Mail Postage Pre-Paid:

Treasurer and Collector's Office
Town of Woburn
10 Common St.
Woburn, MA 01801

Internal Revenue Service
Insolvency Unit
PO Box 7346
Philadelphia, PA 19101


Massachusetts Department of Revenue

1

Bankruptcy Unit
PO Box 9564
Boston, MA 02114

Commonwealth of Massachusetts
Department of Unemployment Assistance
Legal Dept., 1st Fl., Attn: Chief Counsel
19 Staniford Street
Boston, MA 02114-2502

**Secured Parties:**

Michael W. Ullman, Esq.
Ullman & Ullman,
Professional Association
150 East Palmetto Park Road
Suite 700
Boca Raton, Florida 33432
(Attorneys for Durham Commercial Capital Corp. and Maasai Holdings, LLC)

Durham Commercial Capital Corp.
101 Sully's Trail Building 20
Pittsford, New York 14534

Maasai Holdings, LLC
101 Sully's Trail Building 20
Pittsford, New York 14534

ServiceLink, NLS, LLC
1400 Cherrington Parkway
Moon Township, PA  15108

Liam J. Vesely, Esq.
Pierce Atwood LLP
100 Summer St., Suite 2250
Boston, MA  02110
(Attorneys for ServiceLink, NLS, LLC

Dell Financial Services, LLC
12234 N. 1H-35 Bldg. B
Austin, TX  78753

**NY litigants/clients of alleged Debtor**

N. Mark New, II, Esq.
R. Carter Burgess, Esq.
McGlinchey Stafford
10407 Centurion Parkway North, Suite 200
Jacksonville, FL  32256
(Attorneys for Select Portfolio Servicing, Inc.)

Dana C. Lumsden, Esq.
Bradley Arant Boult Commings, LLP
100 N. Tryon Street. Suite 2690
Charlotte, NC  28202
(Attorneys for Ocwen Financial Corporation)

Marc J. Gottlieb, Esq.
350 East Las Olas Boulevard, Suite 1600
Fort Lauderdale, FL  33301
(Attorneys for CitiMortgage, Inc.)

Jordan M. Smith, Esq.
Akerman LLP
666 Fifth Avenue, 20th Floor
New York, NY  10103
(Attorneys for CitiMortgage, Inc.)

Neil R. O'Hanlon, Esq.
Hogan Lovells US LLP
1990 Avenue of the Starts, Suite 1400
Los Angeles, CA  90067
(Attorneys for Provident Funding)

Wells Fargo Bank, N.A.
5080 Spectrum Drive, Suite 200E
Addison, TX  75001
Attention: Amanda Carter, Esq.

Noreen Kelly-Dynega, Esq.
McGuire Woods
1345 Avenue of the Americas, 7th Floor
New York, NY  10105-0106
(Attorneys for Bank of America, N.A.)

C. Meade Hartfield, Esq.

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
420, 20th Street North
1400 Wells Fargo Tower
Birmingham, AL  35203
(Attorneys for Caliber Home Loans, Inc.)

Daniel C. Savitt, Esq.
4 New York Plaza, 19th Floor
New York, NY  10004-2413
(Attorneys for JP Chase Morgan Bank, N.A.)

Harold A. Kurland, Esq.
Ward, Greenberg, Heller & Reidy, LLP
300 State Street
Rochester, NY  14614
(Attorneys for JP Chase Morgan Bank, N.A.)

**Petitioning Creditors:**

Steven Ablitt
6 Ramsdell Way
Lynnfield, MA  01950

Petite Etoile Corporation
6 Ramsdell Way
Lynnfield, MA  01940

Summit Title Corporation
6 Ramsdell Way
Lynnfield, MA  01940

Pioneer Title & Abstract Company, LLC
6 Ramsdell Way
Lynnfield, MA 01940

**Debtor**

Connolly Geaney Ablitt & Willard, PC
304 Cambridge Road
Woburn, MA  01801

John Connolly, Jr., Esq.
17 Bourbeau Terrace
Newburyport, MA  01950
Rachelle D. Willard, Esq.

79 Plymouth Street
Marlborough, MA  01752

Kevin P. Geaney, Esq.
17 Judge Street
Lynn, MA  01904


Dated:  September 25, 2014          /s/ James M. Liston
James M. Liston, Esq., BBO#301750
jml@bostonbusinesslaw.com
Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA  02110
Tel. (617) 422-0200
Fax. (617) 422-0383