Chapter 7
Case Number: 14-14164
Judge Joan N. Feeney

## CERTIFICATE OF SERVICE

I, Michael Noble (name), certify that on 9/26/14 at 2:24 PM (date), I served this summons and a copy of the involuntary petition on John Connolly (name), the debtor in this case, by [describe the mode of service and the address at which the debtor was served]: Personal Service at 17 Bourbeau Terrace Newburyport, MA 01950

If service was made by personal service, by residence service, or pursuant to state law, I further ceriffy that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

9/26/14
Date

Signature

Print Name: Michael Noble
Business Address: 83 Wyman St. #2
City: Boston    State: MA    Zip: 02130