# EXHIBIT B

## CONNOLLY AND GEANEY, LLC

## ASSIGNMENT AND TRANSFER POWER

FOR VALUE RECEIVED, I, Kevin P. Geaney, Esquire hereby assign and transfer unto Ablitt Scofield a Professional Corporation ("Ablitt Scofield") 100% of right title and interest that I have in and to Connolly and Geaney, LLC (the "Company"), standing in my name on the books and records of the Company and do constitute and appoint Lawrence F. Scofield, Esquire as attorney to amend and/or correct the records of the Company to reflect this transfer.  It is my intention that Ablitt Scofield shall, upon this tender of the executed assignment and a similar assignment executed by Mr. John Connolly, Jr., Esquire and tendered to Ablitt Scofield contemporaneously herewith, hereafter own 100% of the membership interests and/or rights in and/or to the Company.

_____
Kevin P. Geaney, Esquire

Effective April 1, 2013