# EXHIBIT D

9/29/2014 Mass. Corporations, external master page

Case 14-14164    Doc 30-4    Filed 09/29/14    Entered 09/29/14 11:44:14    Desc Exhibit
Exhibit D    Page 2 of 2

 

# William Francis Galvin
### Secretary of the Commonwealth of Massachusetts

# Corporations Division

## Business Entity Summary

**ID Number:** 001138468     Request certificate     New search

**Summary for:** C-G LAW GROUP PLLC

| | |
|---|---|
| **The exact name of the Domestic Limited Liability Company (LLC):** | C-G LAW GROUP PLLC |
| **Entity type:** Domestic Limited Liability Company (LLC) | |
| **Identification Number:** 001138468 | **Old ID Number:** |
| **Date of Organization in Massachusetts:** 06-05-2014 | |
| **Date of Cancellation:** 06-11-2014 | **Last date certain:** |
| **The location or address where the records are maintained** (A PO box is not a valid location or address): | |
| Address: | |
| City or town, State, Zip code, Country: | |
| **The name and address of the Resident Agent:** | |
| Name: JOHN CONNOLLY, JR. | |
| Address: 300 BRICKSTONE SQ. | |
| City or town, State, Zip code, Country:    ANDOVER,  MA  01810   USA | |
| **The name and business address of each Manager:** | |

| Title | Individual name | Address |
|---|---|---|
| MANAGER | CRAIG L. MCGRAIN | 101 SULLY'S TRAIL, BLDG 20 POTTSFORD, NY 14534-4552 USA |

**In addition to the manager(s), the name and business address of the person(s) authorized to execute documents to be filed with the Corporations Division:**

| Title | Individual name | Address |
|---|---|---|
| | | |

**The name and business address of the person(s) authorized to execute, acknowledge, deliver, and record any recordable instrument purporting to affect an interest in real property:**