# EXHIBIT E

9/29/2014 Mass. Corporations external master page

Case 14-14164    Doc 30-5    Filed 09/29/14    Entered 09/29/14 11:44:14    Desc Exhibit
Exhibit E    Page 2 of 2

 

# William Francis Galvin
### Secretary of the Commonwealth of Massachusetts

# Corporations Division

## Business Entity Summary

ID Number: 001139372    [Request certificate]    [New search]

Summary for:  DSL LAW GROUP PLLC

| | |
|---|---|
| The exact name of the Domestic Limited Liability Company (LLC): | DSL LAW GROUP PLLC |
| Entity type: | Domestic Limited Liability Company (LLC) |
| Identification Number: 001139372 | Old ID Number: |
| Date of Organization in Massachusetts:<br>06-16-2014 | |
| | Last date certain: |

| The location or address where the records are maintained (A PO box is not a valid location or address): |
|---|
| Address: |
| City or town, State, Zip code, Country: |

| The name and address of the Resident Agent: |
|---|
| Name:    KEVIN P. GEANEY |
| Address:  300 BRICKSTONE SQ. 9TH FLR. |
| City or town, State, Zip code, Country:           ANDOVER,   MA   01810   USA |

The name and business address of each Manager:

| Title | Individual name | Address |
|---|---|---|
| MANAGER | KEVIN P. GEANEY | 300 BRICKSTONE SQ. 9TH FLR ANDOVER, MA 01810 USA |

In addition to the manager(s), the name and business address of the person(s) authorized to execute documents to be filed with the Corporations Division:

| Title | Individual name | Address |
|---|---|---|
| | | |

The name and business address of the person(s) authorized to execute, acknowledge, deliver, and record any recordable instrument purporting to affect an interest in real property: