# EXHIBIT F

9/29/2014 Mass. Corporations, external master page

Case 14-14164    Doc 30-6    Filed 09/29/14    Entered 09/29/14 11:44:14    Desc Exhibit
Exhibit F    Page 2 of 2




# William Francis Galvin
### Secretary of the Commonwealth of Massachusetts

# Corporations Division

## Business Entity Summary

ID Number: 760744625       **Request certificate**    **New search**

Summary for: **CONNOLLY AND GEANEY, LLC**

| | |
|---|---|
| The exact name of the Domestic Limited Liability Company (LLC): | CONNOLLY AND GEANEY, LLC |
| The name was changed from: CONNOLLY LAW OFFICES, LLC **on** 06-20-2011 | |
| Entity type: Domestic Limited Liability Company (LLC) | |
| Identification Number: 760744625 | Old ID Number: 000853060 |
| Date of Organization in Massachusetts: 10-29-2003 | |
| Date of Involuntary Dissolution by Court Order or by the SOC: 06-30-2013 | Last date certain: |

The location or address where the records are maintained (A PO box is not a valid location or address):

Address:

City or town, State, Zip code, Country:

The name and address of the Resident Agent:

Name:   JOHN CONNOLLY, JR.

Address:  17 BOURBEAU TERRACE

City or town, State, Zip code, Country:     NEWBURYPORT, MA  01950  USA

The name and business address of each Manager:

| Title | Individual name | Address |
|---|---|---|
| MANAGER | JOHN CONNOLLY JR. | 17 BOURBEAU TERRACE NEWBURYPORT, MA 01950 USA |

In addition to the manager(s), the name and business address of the person(s) authorized to execute documents to be filed with the Corporations Division:

| Title | Individual name | Address |
|---|---|---|
| SOC SIGNATORY | JOHN CONNOLLY JR. | 17 BOURBEAU TERRACE NEWBURYPORT, MA 01950 USA |