# EXHIBIT H

| Closer: TR | Check Date: 6/23/2014 | Order Number: 14044104 | Check Number: 107160 |
|---|---|---|---|
| Property Address | Buyer Name & Address | | Seller Name & Address |
| 871 SW DURHAM TERRACE PORT ST. LUCIE, FL 34953 | HOLDINGS ESQ. LLC, a Delaware limited liability company 427 N. Tatnall Street Suite 50430 Wilmington, DE 19801 | | DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-HE7, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-HE7 3815 South West Temple Salt Lake City, UT 84115 |

Paid To:  C-G Law Group, PLLC , ,

| Description(s) of Amounts Paid | Amount |
|---|---|
| Attorney's fees | $600.00 |
| Closing Fee | $75.00 |
| This Copy to Accounting.    ORT Bank:  Wells Fargo N.A. | Check Total:    $675.00 |

---

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON BACK. HOLD AT AN ANGLE TO VIEW. SEE REVERSE SIDE FOR MORE SAFETY FEATURES.

**OLD REPUBLIC** NATIONAL TITLE INSURANCE COMPANY

Old Republic Title
1410 N West Shore Blvd #800
Tampa, FL 33607
Escrow Account

Wells Fargo, N.A.
63-751/631

| Check Number |
|---|
| 107160 |

| Order Number:  14044104 | Check Date: 6/23/2014 |
|---|---|

PAY   *Six Hundred Seventy Five and 00/100 Dollars*                                          $675.00

To The    C-G Law Group, PLLC
Order
Of              ,

VOID AFTER 90 DAYS

Memo  C333, 1336-RLD

Authorized Signature

THE MULTI-TONE BACKGROUND OF THIS DOCUMENT GRADUALLY AND EVENLY CHANGES FROM BLUE TO GREY TO BLUE WITH BLUE AREAS BOTH TOP AND BOTTOM

⑈107160⑈ ⑆063107513⑆ 20000488171 85⑈

| Closer: MC | Check Date: 6/17/2014 | Order Number: 14023684 | Check Number: 107141 |
|---|---|---|---|
| Property Address | Buyer Name & Address | | Seller Name & Address |
| 100 SAN BENITO WAY KISSIMMEE, FL 34758 | OSCAR D. MARQUEZ 494 Zambory Street Perch Amboy, NJ 08861 | | U.S. BANK, N.A., SUCCESSOR TRUSTEE TO LASALLE BANK NATIONAL ASSOCIATION ON BEHALF OF THE HOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2007-HE6, ASSET-BACKED CERTIFICATES SERIES 2007-HE6 3815 South West Temple Salt Lake City, UT 84115 |

Paid To:  C-G Law Group, PLLC , ,

| Description(s) of Amounts Paid | | Amount |
|---|---|---|
| Closing Fee | | $75.00 |
| Attorney's fees | | $600.00 |
| This Copy to Accounting. | ORT Bank: Wells Fargo N.A. | Check Total: $675.00 |

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON BACK. HOLD AT AN ANGLE TO VIEW. SEE REVERSE SIDE FOR MORE SAFETY FEATURES.

**OLD REPUBLIC** NATIONAL TITLE INSURANCE COMPANY

Old Republic Title
1410 N West Shore Blvd #800
Tampa, FL 33607
Escrow Account

Wells Fargo, N.A.
63-751/631

| Check Number |
|---|
| 107141 |

| Order Number: 14023684 | Check Date: 6/17/2014 |
|---|---|

PAY    Six Hundred Seventy Five and 00/100 Dollars

| $675.00 |
|---|

To The    C-G Law Group, PLLC
Order
Of

VOID AFTER 90 DAYS

Authorized Signature

Memo    C333, 1310- RED

THE MULTI-TONE BACKGROUND OF THIS DOCUMENT GRADUALLY AND EVENLY CHANGES FROM BLUE TO GREY TO BLUE WITH BLUE AREAS BOTH TOP AND BOTTOM

⑈107141⑈ ⑆063107513⑆ 20000488171785⑈

