UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
(EASTERN DISTRICT)

| | |
|---|---|
| In Re:<br><br>CONNOLLY GEANEY ABLITT & WILLARD PC,<br><br>                Debtors, | Chapter 7<br>Case No. 14-14164-JNF |

## NOTICE OF APPEARANCE

Please enter the appearance of Jeffrey D. Adams as counsel for JPMorgan Chase Bank, N.A., in the above-captioned matter.

                Respectfully submitted,

                JPMORGAN CHASE BANK, N.A.
                By its Attorneys,

                */s/ Jeffrey D. Adams*
                Jeffrey D. Adams, BBO# 662697
                Morgan, Lewis & Bockius LLP
                225 Franklin Street, 16th Floor
                Boston, Massachusetts 02110
                Telephone: 617.341.7700
                Facsimile:  617.341.7701
                Email: jeffrey.adams@morganlewis.com

Dated:  September 30, 2014

## CERTIFICATE OF SERVICE

I hereby certify that this document filed on September 30, 2014, through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (Notice of Electronic Filing) and *via* first class United States mail to those who are not registered with the CM/ECF system.

                */s/ Jeffrey D. Adams*
                Jeffrey D. Adams

DB1/ 80831002.1