UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
(EASTERN DISTRICT)

| | |
|---|---|
| In Re:<br><br>CONNOLLY GEANEY ABLITT &<br>WILLARD PC,<br><br>Debtors, | Chapter 7<br>Case No. 14-14164-JNF |

## ORDER GRANTING MOTION OF
## JPMORGAN CHASE BANK, N.A. FOR
## RELIEF FROM THE AUTOMATIC STAY

Upon consideration of the Motion of JPMorgan Chase Bank, N.A. for Relief from the Automatic Stay and Request for Emergency Determination (the "Motion") filed by JPMorgan Chase Bank, N.A. ("Chase") and adequate notice having been given, all parties in interest having had the opportunity to be heard regarding the Motion, and good cause appearing for the allowance of the Motion, it is hereby ORDERED, ADJUDGED, AND DECREED that:

1. The Motion is granted. All capitalized terms used herein shall have the same meaning as in the Motion.

2. The automatic stay under 11 U.S.C. § 362(d) is hereby modified as requested in the Motion such that James C. Moore, as Special Master, pursuant to that certain Bench Order and Order and Preliminary Injunction entered in the New York Action and D4, LLC, their agents, servants and representatives are hereby authorized and directed to:

    (i) copy all of the ESI on the Case Information Server including, without limitation, the Chase data;

    (ii) retain an unaltered master copy of all such ESI;

    (iii)    turn over to each Plaintiff in the New York Action a copy of only the ESI consisting of such Plaintiff's own confidential and privileged information, including, with respect to Chase, the Chase Data; and

    (iv)    otherwise retain the Case Information Server in their possession in an unaltered state, pending further order of this Court.

3.    The 14-day stay period provided for by Fed. R. Bankr. P. 4001(a)(3) is waived.

Dated: October 9, 2014

Joan N. Feeney
United States Bankruptcy Judge

DB1/ 80832865.1

2