## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

In re:                                              )                   Chapter 7
                                                    )                   Case No. 14-14164-JNF
Connolly Geaney Ablitt & Willard,  )
  PC                                                )
                                                    )
Debtor(s)                                           )
                                                    )

ORDER FOR RELIEF

9/30/2014

On consideration of the creditor's petition filed on/against the above-named debtor,

and it appearing that summons was issued and served upon the debtor on 9/26/2014 and

no Answer or other responsive pleading having been filed, an **ORDER FOR RELIEF** under

chapter of Title 11, United States Code, is hereby **ENTERED**.

October 16, 2014

_____

U.S. Bankruptcy Judge