```
Avenue Management LLC
237 Lexington Street
Woburn, MA   01801


Bank Of America Corporation
100 North Tryon Street
Charlotte, NC   28255


Black Knight InfoServ, LLC
601 Riverside Avenue
Jacksonville, FL   32204


CitiMortgage, Inc.
C/O Charles A. Dale, III, K&L Gates LLP
One Lincoln Street
Boston, MA   02111


Deborah Lewis
C/O Rich May - J. Loeb
176 Federal Street, 6th Floor
Boston, MA   02110


Durham Commercial Capital Corp.
101 Sully's Trail, Building 20
Pittsford, NY   14534


Etoile Corporation
6 Ramsdell Way
Lynnfield, MA   01940


HSBC Mortgage Corporation USA
425 5th Avenue
New York, NY   10017
```

```
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA   19101-7346


John Connolly, Jr. Esq
17 Bourbeau Terrace
Newburyport, MA   01950


JPMorgan Chase Bank, N.A.
Morgan, Lewis, & Bockius - W. George
225 Franklin Street, 16th Floor
Boston, MA   02110


Kevin Geaney, Esq.
17 Judge Street
Lynn, MA   01904


Loiselle & Associates PC
1 Bridgeview Cir
Tyngsboro, MA   01879


Lorelei Fiala
C/O Cathleen Scott Esq.
Jupiter Gardens,Ste 104, 250 S. Central
Jupiter, FL   33458


LPS Agency Sales And Posting
1400 Cherrington Parkway
Moon Township, PA   15108


Maasai Holdings LLC
101 Sullys Trail Bldg. 20
Pittsford, NY   14534
```

Mark A. LaRace
6 Brookburn Street
Springfield, MA   01119


Massachusetts Department Of Revenue
Bankruptcy Unit
P.O. Box 9564
Boston, MA   02114-9564


MYMOTIONCALENDAR.COM
1001 West Cypress Creek Road Suite 407
Ft. Lauderdale, FL   33309


Ocwen Loan Servicing
C/O Bradley Arant Boult Cummings
100 North Tryon Street, Suite 2690
Charlotte, NC   28202


Ocwen Loan Servicing
2002 Summit Boulevard
Atlanta, GA   30318


Office Of The Attorney General
Massachusetts Fair Labor Division
One Ashburton Place, 18th Floor
Boston, MA   02108


Rachelle D. Willard, Esq.
79 Plymouth Street
Marlborough, MA   01752


Santander Bank, N.A.
C/O Hackett Feinberg - J. Liston
155 Federal Street, 9th Floor
Boston, MA   02110

Santander Bank, N.A.
Bertin C. Emmons, Esq. NH1-CB0-0410
125 Main Street
Salem, NH   03079


Select Portfolio Servicing, Inc.
3815 South West Temple
Salt Lake City, UT   84115


ServiceLink NLS, LLC
C/O Pierce Atwood - L. Vesely
100 Summer Street, Suite 2250
Boston, MA   02110


Steven Ablitt
6 Ramsdell Way
Lynnfield, MA   01940


Stewart Law Group
730 S Sterling Ave
Tampa, FL   33609


Summit Title Corporation
6 Ramsdell Way
Lynnfield, MA   01940


Tammy L LaRace
6 Brookburn Street
Springfield, MA   01119


The Savings Bank
599 North Avenue #10
Wakefield, MA   01880