**United States Bankruptcy Court**
**District of Massachusetts**

IN RE:                                                              Case No. **14-14164**

**Connolly Geaney Ablitt & Willard PC**                             Chapter **7**
Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The **Chapter 7 Trustee** hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.*

Date: __October 23, 2014__    Signature: _____
                                          Stewart F. Grossman, Trustee

Date: _____    Signature: _____
                                                                    Joint Debtor, if any

*This case is an involuntary Chapter 7 case. The Trustee was appointed on October 20, 2014. The matrix filed herewith is based on the current information available to the Trustee. The Trustee anticipates that additional creditors will be added to the matrix in the future when additional information become available.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only