UNITED STATES BANKRUPTCY COURT

DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| In re | ) | |
| | ) | |
| CONNOLLY GEANEY ABLITT | ) | Chapter 7 |
|    & WILLARD, PC, | ) | Case No. 14-14164-JNF |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ASSENTED-TO MOTION OF THE CHAPTER 7 TRUSTEE TO FURTHER ENLARGE  TIME WITHIN WHICH TO RESPOND TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY FILED BY DEBORAH LEWIS**

Stewart F. Grossman, Chapter 7 Trustee (the "Trustee") of the above-captioned estate, hereby moves to extend further the deadline by which he may file a response to the Motion for Relief from the Automatic Stay (pleading no. 49 filed October 16, 2014) (the "Motion") filed by Deborah Lewis ("Lewis") seeking document production directed at the debtor Connolly Geaney Ablitt & Willard, PC (the "Debtor").  By order dated November 6, 2014, this Court extended such deadline to November 14, 2014.  The Trustee seeks to extend the response deadline to November 25, 2014.  The basis for this requested extension is that the Trustee continues to review the boxes of documents and computer servers of the Debtor and needs additional time to discuss with counsel for Lewis his ability to locate documents.

Lewis assents to the extension requested herein.

WHEREFORE, the Trustee respectfully requests that this Court enter an order:

1.      Extending the deadline by which the Trustee may file a response to the Motion to November 25, 2014; and

2. Granting such other and further relief as the Court deems just and proper.

>Respectfully submitted,
>
>STEWART F. GROSSMAN,
> CHAPTER 7 TRUSTEE,
>
>By his attorneys,
>
>
> /s/ Adam J. Ruttenberg
>Pamela A. Harbeson BBO #561479
>Adam J. Ruttenberg, BBO #553158
>LOONEY & GROSSMAN LLP
>101 Arch Street
>Boston, MA  02110
>(617) 951-2800
>aruttenberg@lgllp.com

Dated:  November 13, 2014

## **CERTIFICATE OF SERVICE**

I, Adam J. Ruttenberg, hereby certify that on November 13, 2014, a true copy of **Assented-to Motion of the Chapter 7 Trustee to Further Enlarge Time Within Which to Respond to Motion for Relief from the Automatic Stay Filed by Deborah Lewis** was served via United States first class mail, postage prepaid, to each of the persons listed below:

Connolly, Geaney, Ablitt & Willard, PC
304 Cambridge Road
Woburn, MA 01801

Robert A. Cox
Bank of America Corp. Center
100 North Tryon Street, Suite 2690
Charlotte, NC 28202

Petite Etoile Corporation
Summit Title Corporation
6 Ramsdell Way
Lynnfield, MA 01940

Craig R. Jalbert
Verdolino & Lowey, P.C.
124 Washington Street
Foxboro, MA  02035

The undersigned understands that the following received e-mail notices of this filing:

- Steven A. Ablitt     sablitt@brooksdecker.com
- Jeffrey D. Adams     jeffrey.adams@morganlewis.com
- Charles A. Dale     chad.dale@klgates.com, bobankruptcyecf@klgates.com
- Bertin C. Emmons     bemmons@sovereignbank.com
- John Fitzgerald     USTPRegion01.BO.ECF@USDOJ.GOV
- Wayne E. George     wgeorge@morganlewis.com
- James M. Liston     jml@bostonbusinesslaw.com

- Jeffrey B. Loeb     jloeb@richmaylaw.com
- Dana C. Lumsden     dlumsden@babc.com
- David W. Sacco     dsaccolaw@gmail.com
- Mackenzie Shea     mackenzie.shea@klgates.com, bobankruptcyecf@klgates.com
- Liam J. Vesely     lvesely@pierceatwood.com, lhawe@pierceatwood.com

   /s/ Adam J. Ruttenberg
Adam J. Ruttenberg

4812-7196-6752, v. 1