UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re ) | |
| ) | |
| CONNOLLY GEANEY ABLITT ) | Chapter 7 |
| & WILLARD, PC, ) | Case No. 14-14164-JNF |
| Debtor. ) | |
| ) | |

**TRUSTEE'S LIMITED ASSENT TO OCWEN LOAN SERVICING'S
MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO ALLOW
OCWEN LOAN SERVICING TO SEEK THE TRANSFER OF LITIGATION IN
<u>FLORIDA TO THIS COURT</u>**

Stewart F. Grossman, the duly appointed Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of Connolly Geaney Ablitt & Willard, PC (the "Debtor") hereby files his limited assent to the motion for relief from the automatic stay (the "Lift Stay Motion") filed by Ocwen Loan Servicing, LLC ("Ocwen").  The Trustee assents to the Lift Stay Motion insofar as the motion seeks relief from stay solely for Ocwen to seek to transfer venue of certain litigation pending in Florida District Court (as defined in the Lift Stay Motion) to this Court.  The Trustee does not assent to permitting Ocwen to take any other action against the Debtor, the Trustee or bankruptcy estate, in the Florida District Court or anywhere else, other than the filing and prosecution of the proposed motion to transfer the action to the Bankruptcy Court.

Dated:  November 18, 2014                Respectfully submitted,
                                         STEWART F. GROSSMAN,
                                          CHAPTER 7 TRUSTEE,
                                         By his attorneys,

                                          /s/ Pamela A. Harbeson
                                         Pamela A. Harbeson BBO #561479
                                         LOONEY & GROSSMAN LLP
                                         101 Arch Street
                                         Boston, MA  02110
                                         (617) 951-2800
                                         pharbeson@lgllp.com

## CERTIFICATE OF SERVICE

I, Pamela A. Harbeson, hereby certify that on November 18, 2014, it is my understanding that a true copy of the foregoing pleading was served by first-class mail, postage prepaid or by the Court's electronic filing system as indicated on the parties listed below.

/s/ Pamela A. Harbeson
Pamela A. Harbeson (BBO #561479)

BY ECF:

- Steven A. Ablitt    sablitt@brooksdecker.com
- Jeffrey D. Adams    jeffrey.adams@morganlewis.com
- Theodore W. Connolly    tconnolly@lgllp.com
- Charles A. Dale    chad.dale@klgates.com, bobankruptcyecf@klgates.com
- Bertin C. Emmons    bemmons@sovereignbank.com
- John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
- Wayne E. George    wgeorge@morganlewis.com
- Stewart F. Grossman    trustee@lgllp.com, ma16@ecfcbis.com;sfgrossman@ecf.epiqsystems.com
- Stewart F. Grossman    sgrossman@lgllp.com, asmith@lgllp.com;sfgrossman@ecf.epiqsystems.com
- Pamela A. Harbeson    pharbeson@lgllp.com, mmurrell@lgllp.com
- James M. Liston    jml@bostonbusinesslaw.com
- Jeffrey B. Loeb    jloeb@richmaylaw.com
- Dana C. Lumsden    dlumsden@babc.com
- Adam J. Ruttenberg    aruttenberg@lgllp.com
- David W. Sacco    dsaccolaw@gmail.com
- Mackenzie Shea    mackenzie.shea@klgates.com, bobankruptcyecf@klgates.com
- Liam J. Vesely    lvesely@pierceatwood.com, lhawe@pierceatwood.com

**BY FIRST CLASS MAIL:**

Robert A. Cox
Bank of America Corp. Center
100 North Tryon Street, Suite 2690
Charlotte, NC 28202

Richard W. Esterkin
Lewis & Bockius LLP
300 South Grand Avenue
Los Angeles, CA 90071

Craig R. Jalbert
Verdolino & Lowey, P.C.
124 Washington Street
Foxborough, MA 02035

Petite Etoile Corporation
Summit Title Corporation
6 Ramsdell Way
Lynnfield, MA 01940