

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:*<br><br>CONNOLLY GEANEY ABLITT & WILLARD PC,<br>    Debtor | Ch. 7<br>14-14164-CJP |

**ORDER**

**MATTER:**

#319 First Interim Application for Compensation and Reimbursement of Expenses for Verdolino & Lowey, P.C., Accountant (Period: 9/3/2014 to 10/31/2015)

SEE ORDER APPROVING TRUSTEE'S FINAL REPORT AND ACCOUNT BEFORE DISTRIBUTION, REQUESTS FOR COMPENSATION AND REPORT ON CLAIMS/PROPOSED DISTRIBUTION [DKT. NO. 467], INCLUDING THIS APPLICATION FOR COMPENSATION [DKT. NO. 319], WHICH WAS TREATED AS A FINAL APPLICATION AS FURTHER MODIFIED IN ACCORDANCE WITH THE STATEMENT AT DKT. NO. 461.

Dated: 2/11/2022

By the Court,

Christopher J. Panos
United States Bankruptcy Judge